**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02907-GPG-STV

CYNTHIA MONTOYA and WILLIAM "WIL" PERALTA,

    Plaintiffs,

v.

CHARACTER TECHNOLOGIES, INC.,
NOAM SHAZEER,
DANIEL DE FREITAS ADIWARSANA,
GOOGLE LLC, and
ALPHABET INC.,

    Defendants.

**JOINT MOTION (1) FOR 28-DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT AND (2) TO RESET SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES**

Pursuant to D.C.Colo.L.Civ.R. 6.1 and Colorado Revised Statute § 13-20-1101(5), Defendants Character Technologies, Inc., Noam Shazeer, Daniel De Freitas Adiwarsana, Google LLC, and Alphabet, Inc. ("Defendants") and Plaintiffs Cynthia Montoya and William "Wil" Peralta ("Plaintiffs," collectively, the "Parties"), by and through undersigned counsel, hereby request that the Court (1) extend the time for Defendants to file an answer or other responsive pleading, including a special motion to dismiss under Colorado's anti-SLAPP statute, to January 13, 2026,[1] and (2) reset the December 2, 2025 Scheduling Conference, along with accompanying deadlines to hold the Federal Rule of Civil Procedure 26(f) meeting and submit a proposed

---

[1] By filing this Motion, Defendants do not concede that the Court has jurisdiction over Defendants and reserve all rights to make jurisdictional arguments, including those expressly provided by Federal Rule of Civil Procedure 12(b).

scheduling order, to a date after January 13, 2026.

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 7.1(a)

In accordance with D.C.Colo.L.Civ.R. 7.1(a), counsel for both parties have conferred regarding this Motion. Defendants and Plaintiffs make this Motion jointly.

## MOTION

1. Plaintiffs filed the Complaint in this action on September 15, 2025.

2. The Court subsequently entered an Order setting a Scheduling Conference pursuant to Federal Rule of Civil Procedure 16(b) for December 2, 2025 at 10:45 a.m.

3. Defendants received requests for waiver of service of process on October 17, 2025, and have subsequently waived service of a summons. *See* ECF Nos. 8–11. Defendants' current deadline to answer or file another responsive pleading under Federal Rule of Civil Procedure 12 is December 16, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii).

4. Defendants' deadline to file a special motion to dismiss pursuant to Colorado's anti-SLAPP statute is December 19, 2025. *See* C.R.S. § 13-20-1101(5).

5. The Colorado anti-SLAPP statute allows the court, in its discretion, to extend the deadline for the filing of a special motion to dismiss "at any later time upon terms it deems proper." C.R.S. § 13-20-1101(5).

6. The Complaint in this case is 96 pages long and involves ten claims for relief and five defendants. ECF No. 1. Defendants anticipate that their responsive pleadings will address a broader collection of issues than is typical given the complexity of this case.

7. Thus, pursuant to D.C.Colo.L.Civ.R. 6.1(a), the Parties respectfully request that the Court grant Defendants a 28-day extension of time up to and including January 13, 2026, to

file an answer or other responsive pleading under Federal Rule of Civil Procedure 12.

8. The Parties also respectfully request that the Court grant Defendants a 25-day extension of time to file an anti-SLAPP special motion to dismiss so that the deadline for a special motion to dismiss is also January 13, 2026.

9. This is the first request for an extension of time to respond to Plaintiffs' Complaint.

10. The Parties further request that the Court reschedule the December 2, 2025 Scheduling Conference to a date after January 13, 2026 in mid- or late January.

11. The Parties finally request that the Court reset the accompanying deadlines to hold a Federal Rule of Civil Procedure 26(f) meeting and submit a proposed scheduling order so that these deadlines run from the Scheduling Conference once it is scheduled.

12. There is good cause for resetting the Scheduling Conference and accompanying deadlines. The brief additional time sought will serve judicial economy and convenience to the parties by permitting Defendants to respond to the Complaint prior to the issuance of a Scheduling Order. Neither party has requested a continuance prior to this motion, and the request is made more than five business days in advance of the Scheduling Conference date.

13. The Parties jointly move this Court for the desired relief and no party will be prejudiced by the extension.

WHEREFORE, the Parties respectfully request that this Court enter an order (1) resetting Defendants' deadline to file an answer or other responsive pleading under Federal Rule of Civil Procedure 12 and Defendants' deadline to file a special motion to dismiss under Colorado's anti-SLAPP statute to January 13, 2026 and (2) resetting the date of the Federal Rule of Civil

Procedure 16(b) Scheduling Conference to a date after January 13, 2026 and resetting the accompanying deadlines for the Federal Rule of Civil Procedure 26(f) meeting and the submission of a proposed scheduling order.

Dated: November 4, 2025

Respectfully submitted,

| SOCIAL MEDIA VICTIMS LAW CENTER PLLC | DAVIS GRAHAM & STUBBS LLP |
|---|---|
| */s/ Matthew P. Bergman*_____ <br> Matthew P. Bergman <br> Laura Marquez-Garrett <br> 600 1st Avenue, Suite 102-PMB 2383 <br> Seattle, WA 98104 <br> Telephone: 206.741.4862 <br> Email: matt@socialmediavictims.org <br> laura@socialmediavictims.org | */s/ Chad. D Williams*_____ <br> Chad D. Williams <br> Jennifer S. Allen <br> Maxwell E. Hamilton <br> 1550 17th Street, Suite 500 <br> Denver, CO 80202 <br> Telephone: 303.892.9400 <br> Facsimile: 303.893.1379 <br> Email: chad.williams@davisgraham.com <br> jennifer.allen@davisgraham.com <br> max.hamilton@davisgraham.com |
| MCKOOL SMITH, P.C. | MUNGER TOLLES & OLSON LLP |
| */s/ Radu A. Lelutiu*_____ <br> Samuel F. Baxter <br> Jennifer L. Truelove <br> 103 E. Houston Street <br> Marshall, TX 75670 <br> Telephone: 903.923.9001 <br><br> Radu A. Lelutiu <br> 1301 Avenue of the Americas, 32nd Floor <br> New York, NY 10019 <br> Telephone: 212.402.9443 | */s/ Jonathan H. Blavin*_____ <br> Jonathan H. Blavin <br> Victoria A. Degtyareva <br> Stephanie Goldfarb Herrera <br> 560 Mission Street, 27th Floor <br> San Francisco, CA 94105 <br> Telephone: 415.512.4000 <br> Email: jonathan.blavin@mto.com <br> victoria.degtyareva@mto.com <br> stephanie.herrera@mto.com |

*Attorneys for Plaintiffs*

*Attorneys for Defendant Character Technologies, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Andrew H. Schapiro_____*
Andrew H. Schapiro
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:   312.705.7400
Facsimile:    312.705.7401
Email:    andrewschapiro@quinnemanuel.com

*Attorneys for Defendant Daniel De Freitas Adiwarsana*

COVINGTON & BURLING LLP

*/s/ Paul W. Schmidt_____*
Paul W. Schmidt
New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:   212.841.1171
Email:           pschmidt@cov.com

Isaac D. Chaput
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone:   415.591.7020
Email:           ichaput@cov.com

*Attorneys for Defendant Noam Shazeer*

- 5 -

- 6 -

                    W<small>ILSON</small> S<small>ONSINI</small> G<small>OODRICH</small> & R<small>OSATI</small>

*/s/ Lauren Gallo White*_____
Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone:   415.947.2000
Email:         lwhite@wsgr.com

Fred A. Rowley, Jr.
Matthew K. Donohue
953 E. Third Street, Suite 100
Los Angeles, CA 90013
Telephone:   323.210.2900
Email:         fred.rowley@wsgr.com
                   mdonohue@wsgr.com

*Attorneys for Defendants Google LLC and Alphabet, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 4, 2025, a true and correct copy of the foregoing **Joint Motion (1) for 28-Day Extension of Time to File Responsive Pleadings to Plaintiffs' Complaint and (2) to Reset Scheduling Conference and Associated Deadlines** was filed and served upon all counsel of record via ECF-Pacer.

      Pursuant to D.C.Colo.L.Civ.R. 6.1(c), the undersigned certifies that a copy of this Motion has been served contemporaneously on the following Parties:

Plaintiffs Cynthia Montoya and William "Wil" Peralta
c/o Matthew P. Bergman
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone:   206.741.4862
Email:        matt@socialmediavictims.org

Daniel De Freitas Adiwarsana
c/o Andrew H. Schapiro
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone:   312.705.7400
Facsimile:    312.705.7401
Email:       andrewschapiro@quinnemanuel.com

Noam Shazeer
c/o Paul W. Schmidt
New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone:   212.841.1171
Email:        pschmidt@cov.com

Google LLC
c/o Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone:   415.947.2000
Email:        lwhite@wsgr.com

- 8 -

Alphabet, Inc.
c/o Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone:   415.947.2000
Email:          lwhite@wsgr.com

*/s/ Robin E. Anderson*
Robin E. Anderson

- 8 -