**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02907-GPG-STV

CYNTHIA MONTOYA and WILLIAM "WIL" PERALTA,

Plaintiffs,

v.

CHARACTER TECHNOLOGIES, INC.,
NOAM SHAZEER,
DANIEL DE FREITAS ADIWARSANA,
GOOGLE LLC, and
ALPHABET INC.,

Defendants.

---

**JOINT STATUS REPORT**

---

Plaintiffs Cynthia Montoya and William "Wil" Peralta ("Plaintiffs") and Defendants Character Technologies, Inc., Noam Shazeer, Daniel De Freitas Adiwardana, Google LLC, and Alphabet, Inc. ("Defendants" and collectively, the "Parties"), by and through undersigned counsel, hereby submit this Joint Status Report to inform the Court of progress in finalizing a settlement agreement pursuant to the Court's April 3, 2026 Order (ECF 35).

1. On January 6, 2026, the Parties informed the Court that they reached an agreement in principle to resolve the issues raised in this lawsuit and moved to stay the case and vacate all case deadlines pending finalization of the settlement agreement. ECF 31.

2. The Court granted the Parties' Motion to Stay on January 7, 2026. ECF 33. The Court directed the Parties to submit a joint status report by April 2, 2026 if a notice of dismissal had not yet been filed. *Id.*

3. On April 2, 2026, the Parties filed a joint status report stating that the Parties had made significant progress towards resolving this lawsuit but required additional time to finalize settlement details of this lawsuit and related litigation. ECF 34.

4. The Court ordered that the parties file a further status report, or dismissal papers, on or before July 31, 2026. ECF 35.

5. The Parties have executed a settlement agreement and at this time are awaiting necessary judicial approvals of a minor settlement.

6. The Parties therefore jointly request that the Court set an October 29, 2026 deadline for the Parties to submit a joint status report if a notice of dismissal has not been filed by that date. No Party will be prejudiced by a continued stay of the case.

Dated: July 31, 2026

Respectfully submitted,


*/s/ Radu A. Lelutiu*

SOCIAL MEDIA VICTIMS LAW CENTER PLLC

Matthew P. Bergman
Laura Marquez-Garrett
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone: 206.741.4862
Email: matt@socialmediavictims.org
laura@socialmediavictims.org

MCKOOL SMITH, P.C.

Samuel F. Baxter
Jennifer L. Truelove
103 E. Houston Street
Marshall, TX 75670
Telephone: 903.923.9001

Radu A. Lelutiu
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 212.402.9443

*Attorneys for Plaintiffs*

*/s/ Jennifer S. Allen*

DAVIS GRAHAM & STUBBS LLP

Chad D. Williams
Jennifer S. Allen
Maxwell E. Hamilton
3400 Walnut Street, Suite 700
Denver, CO 80205
Telephone: 303.892.9400
Facsimile: 303.893.1379
Email:
chad.williams@davisgraham.com
jennifer.allen@davisgraham.com
max.hamilton@davisgraham.com

MUNGER TOLLES & OLSON LLP

Jonathan H. Blavin
Victoria A. Degtyareva
Stephanie Goldfarb Herrera
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: 415.512.4000
Email: jonathan.blavin@mto.com
victoria.degtyareva@mto.com
stephanie.herrera@mto.com

*Attorneys for Defendant Character Technologies, Inc.*

*/s/ Eli Pales*

QUINN EMANUEL URQUHART & SULLIVAN LLP

Andrew H. Schapiro
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: 312.705.7400
Facsimile: 312.705.7401
Email:
andrewschapiro@quinnemanuel.com

Eli Pales
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: 213.443.3745
Facsimile: 213.443.3100
Email:
elipales@quinnemanuel.com

*Attorneys for Defendant Daniel De Freitas Adiwardana*

*/s/ Isaac D. Chaput*

COVINGTON & BURLING LLP

Paul W. Schmidt
New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212.841.1171
Email: pschmidt@cov.com

Isaac D. Chaput
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: 415.591.7020
Email: ichaput@cov.com

*Attorneys for Defendant Noam Shazeer*

*/s/ Lee Mickus*

EVANS FEARS SCHUTTERT MCNULTY MICKUS

Lee Mickus
1805 Shea Center Drive, Suite 120
Littleton, CO 80129
Telephone: 303.923.8990
Email: lmickus@efsmmlaw.com

WILSON SONSINI GOODRICH & ROSATI

Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone: 415.947.2000
Email: lwhite@wsgr.com

Fred A. Rowley, Jr.
Matthew K. Donohue
953 E. Third Street, Suite 100
Los Angeles, CA 90013
Telephone: 323.210.2900
Email: fred.rowley@wsgr.com
mdonohue@wsgr.com

*Attorneys for Defendants Google LLC and Alphabet, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 31, 2026, a true and correct copy of the foregoing **Joint Status Report** was filed and served upon all counsel of record via ECF-Pacer.

Pursuant to D.C.Colo.L.Civ.R. 6.1(c), the undersigned certifies that a copy of this filing has been served contemporaneously on the following Parties:

Plaintiffs Cynthia Montoya and William "Wil" Peralta
c/o Matthew P. Bergman
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone: 206.741.4862
Email: matt@socialmediavictims.org

Daniel De Freitas Adiwardana
c/o Andrew H. Schapiro
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: 312.705.7400
Facsimile: 312.705.7401
Email: andrewschapiro@quinnemanuel.com

Noam Shazeer
c/o Paul W. Schmidt
New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212.841.1171
Email: pschmidt@cov.com

Google LLC
c/o Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone: 415.947.2000
Email: lwhite@wsgr.com

Alphabet, Inc.
c/o Lauren Gallo White
One Market Plaza, Suite 3300
San Francisco, CA 94105
Telephone: 415.947.2000
Email: lwhite@wsgr.com

*/s/ Robin E. Anderson*
Robin E. Anderson