**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

CYNTHIA MONTOYA and WILLIAM "WIL" PERALTA, individually and as successors-in-interest of JULIANA PERALTA, Deceased.

Plaintiffs,

vs.

CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,

Defendants.

**Civil Action No. 1:25-cv-02907- - GPG-STV**

**JURY TRIAL DEMANDED**

**NOTICE OF DISMISSAL WITH PREJUDICE**

As the parties previously advised the Court, Plaintiffs and Defendants previously entered into an agreement in principle to resolve their dispute. That agreement was part of a global settlement ("the Global Settlement") involving the same defendants and numerous claimants.

In July 2026, the Global Settlement was approved by a California probate court as fair, reasonable, and in the best interests of all claimants, including Plaintiffs. The California probate court then tasked a referee to hear and determine all issues pertaining to each individual settlement comprising the Global Settlement.

On October 11, 2026, the referee approved each individual settlement comprising the Global Settlement, including the settlement of this action.

Because the referee's ruling has resolved this dispute in full, Plaintiffs respectfully give notice pursuant to Federal Rule Civil Procedure 41(a)(1) that this action is dismissed with prejudice.

DATED: October 14, 2026

SOCIAL MEDIA VICTIMS LAW CENTER PLLC

Matthew P. Bergman
matt@socialmediavictims.org
Laura Marquez-Garrett
laura@socialmediavictims.org
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

MCKOOL SMITH, P.C.

By: *<u>/s/ Radu A. Lelutiu</u>*

Radu A. Lelutiu
1301 Avenue of the Americas, 32nd fl.
New York, NY 10019
Telephone: (212) 402-9401

*Attorneys for Plaintiffs*